IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PATRICIA ROSE CATHELL : CHAPTER 13
: CASE NO.: 1:22-BK-01241

DEBTOR

AMENDED CERTIFICATE OF SERVICE

I hereby certify that on **September 8, 2023**, a copy of **the Withdraw of Debtor's Motion to Modify Confirmed Chapter 13** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101-1722

Jack N. Zaharopoulos, Trustee
ATTN: Chapter 13 Trustee
8125 Adams Drive
Suite A
Hummelstown, PA 17036-8625

Nationstar Mortgage LLC d/b/a Mr. Cooper
P O Box 619096
Dallas, TX 75261-9096

Michael P. Farrington
KML Law Group
mfarrington@kmllawgroup.com

Patricia Rose Cathell
Via email

Mario J. Hanyon
Brock & Scott, PLLC
wbecf@brockandscott.com

Christopher A. DeNardo, Esquire
LOGS Legal Group LLP
logsecf@logs.com

US Department of HUD
451 7th St., SW
Washington, DC 20410

/s/ Nicholas G. Platt
**Nicholas G. Platt 327239**
**Mooney Law**
**230 York Street**
**Hanover, PA 17331**
**(717) 632-4656**
**Fax:(717) 632-3612**
**ngp@mooney4law.com**