United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01241-HWV
Patricia Rose Cathell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Dec 20, 2023      Form ID: ordsmiss      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Patricia Rose Cathell, 5 Cedar Lane, Stewartstown, PA 17363-9185 |
| cr | + | Wells Fargo Bank, National Association, successor, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5483586 | + | Dish Network, Po Box 4500, Allen, TX 75013-1311 |
| 5483588 | # | Kristen D. Little, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 5483595 | + | StraightTalk, Po Box 4500, Allen, TX 75013-1311 |
| 5483596 | + | Todd Cathell, 3102 Mackenzi Lane, York, PA 17408-9218 |
| 5484531 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |
| 5483599 | + | Verizon Wireless, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5483583 | | Email/Text: BNBSB@capitalsvcs.com | Dec 20 2023 18:42:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 5485546 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 20 2023 18:42:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 5483584 | + | EDI: CAPITALONE.COM | Dec 20 2023 23:42:00 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 5483585 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2023 18:46:34 | Credit One Bank, ATTN: Bankruptcy Department, P O Box 98873, Las Vegas, NV 89193-8873 |
| 5483587 | | EDI: JEFFERSONCAP.COM | Dec 20 2023 23:42:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 5489811 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 18:46:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5484576 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 18:46:34 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5483589 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 18:46:50 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5483591 | | Email/Text: parasn@armanagementgroup.com | Dec 20 2023 18:42:00 | Nationwide Recovery, 501 Shelley Dr Ste 300, Tyler, TX 75701 |
| 5483590 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 20 2023 18:42:00 | Nationstar Mortgage LLC d/b/a Mr. C, PO Box 619096, Dallas, TX 75261-9096 |
| 5483592 | | EDI: PRA.COM | Dec 20 2023 23:42:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5483593 | | EDI: PRA.COM | | |

| Recipient | Method | Date/Time | Address |
| --- | --- | --- | --- |
| 5491345 | EDI: PRA.COM | Dec 20 2023 23:42:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| | | Dec 20 2023 23:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5494820 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 18:46:50 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 5483594 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 20 2023 18:42:00 | Santander Consumer USA, 601 Penn Street, Reading, PA 19601-3544 |
| 5483597 | + Email/Text: bankruptcydepartment@tsico.com | Dec 20 2023 18:42:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 5483598 | ^ MEBN | Dec 20 2023 18:39:59 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 5495342 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 20 2023 18:42:00 | Wells Fargo Bank, National Association, Nationstar Mortgage, LLC, P.O.Box 619096, Dallas, TX 75261-9096 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher A DeNardo | on behalf of Creditor "Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), not in its indiv logsecf@logs.com, cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor "Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), not in its indiv bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor "Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National |

Association (formerly known as Norwest Bank Minnesota, National Association), not in its indiv wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael Patrick Farrington

on behalf of Creditor "Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), not in its indiv mfarrington@kmllawgroup.com

Nicholas G. Platt

on behalf of Debtor 1 Patricia Rose Cathell ngp@mooney4law.com plattnr61895@notify.bestcase.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Patricia Rose Cathell,   Chapter   13

**Debtor 1**

Case No.   1:22−bk−01241−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: December 20, 2023

ordsmiss (05/18)